FISHELL v. OAKWOOD

Appeal from Eaton, Richard Robinson, J. Submitted Division 2 February 4, 1969, at Lansing. (Docket No. 5,237.) Decided February 27, 1969. Rehearing denied April 7, 1969. Leave to appeal denied December 16, 1969. See 383 Mich 753.

Complaint by Richard L. Fishell and Dorothy M. Fishell against Edward G. Oakwood and Grace K. Oakwood, for an injunction to restrain trespass to land. The City of Grand Ledge, a municipal corporation, was added as a defendant. Judgment for defendants. Plaintiffs appeal. Affirmed.

*Woodrow A. Deppa,* for plaintiffs.

*Raidle & Smith,* for defendants Edward G. Oakwood and Grace K. Oakwood.

*Hudson E. Deming,* for defendant City of Grand Ledge.

BEFORE: QUINN, P. J., and McGREGOR and V. J. BRENNAN, JJ.

PER CURIAM. By this action, plaintiffs sought an injunction to restrain an alleged trespass to land. After trial, this relief was denied on the basis of estoppel, and plaintiffs appeal.

A review of the trial record convinces this Court that had it sat as trier of the facts, this Court would have reached the same result that the trial court did. The doctrine of estoppel was correctly applied. This conclusion obviates discussion of the other issues briefed.

Affirmed, with costs to defendant city.